**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **LORINE DENISE JONES**<br>aka Lori Denise Jones | : | |
| Debtor(s) | : | Bky. No. 20-13767-AMC |

## O R D E R

**AND NOW, WHEREAS** 11 U.S.C. §109(h)(1) requires that an individual may not be a debtor in a bankruptcy case unless, within the 180 day period before the filing of the bankruptcy petition, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. §111(a),

**AND**, it appears that the Debtor(s) filed the bankruptcy petition in this case without receiving a prepetition credit briefing as required by 11 U.S.C. §109(h)(1), it is hereby

**ORDERED** that the above captioned bankruptcy case is **DISMISSED**.

Dated: October 1, 2020

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**